UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOLLY DEXTER, et al.,

      Plaintiffs,                               Case No. 1:20–cv–1196

    v.

JOHN MICHAEL MOODY, et al.,

      Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  Brendon George Basiga

RE:  complaint (ECF No. 1)

REASON FOR NOTICE:  The main document appears to be a scanned PDF, and not rendered to PDF.

RECOMMENDED ACTION:  A corrected document should be filed. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

INFORMATION FOR FUTURE REFERENCE:  A scanned document is not text–searchable. Rendered documents are text–searchable and provide the reviewing judicial officer with an electronic link to the cited authority or page in the record where the evidence is found. Local Civil Rule 10.1
For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290–2742 or (616) 456–2206.

                                                    CLERK OF COURT

Dated:  December 14, 2020     By:   /s/ E. Siskind_____
                                                  Deputy Clerk